# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MARYLIN MONAE PORTER,** | ) | |
| **a/k/a, LAMONE M. JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-22-23-R** |
| | ) | |
| **JOEL MCCURDY, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983 alleging violations of her constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary Purcell for review. Judge Purcell issued a Supplemental Report and Recommendation (Doc. No. 85) recommending the transfer of this action to the United States District Court for the Eastern District of Oklahoma in light of Plaintiff's Amended Complaint (Doc. No. 72) wherein she added new Defendants, many of whom are employed by the Oklahoma State Penitentiary in the Eastern District of Oklahoma. No objection to the Report and Recommendation has been filed nor has Plaintiff sought an extension of time in which to object.

Therefore, the Supplemental Report and Recommendation (Doc. No. 85) is ADOPTED in its entirety and the action is TRANSFERRED in the interest of justice to the United States Court for the Eastern District of Oklahoma. *See* 28 U.S.C. § 1404(a).

**IT IS SO ORDERED** this 15th day of February 2023.

_David L. Russell_

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**